FILED
MAR 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR675-BEN |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| | ) | 960 - Importation of Marijuana; |
| ENRIQUE ALEJOS-RICO, | ) | Title 21, U.S.C., Sec. 841(a)(1) |
| | ) | - Possession of Marijuana with |
| Defendant. | ) | Intent to Distribute |
| | ) | |
| | ) | |

The United States Attorney charges:

Count 1

On or about January 9, 2008, within the Southern District of California, defendant ENRIQUE ALEJOS-RICO, did knowingly and intentionally import 50 kilograms or more, to wit: 65.58 kilograms (153.07 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960.

//
//
//
//

CJB:kmm:Imperial
3/6/08

<u>Count 2</u>

On or about January 9, 2008, within the Southern District of California, defendant ENRIQUE ALEJOS-RICO, did knowingly and intentionally possess, with intent to distribute 50 kilograms or more, to wit: approximately 65.58 kilograms (153.07 pounds) of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

DATED:   March 6, 2008  .

KAREN P. HEWITT
United States Attorney

*/s/ John S. Wenter*

CARLA J. BRESSLER
Assistant U.S. Attorney