AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| V. | |
| Enrique Alejos-Rico | |
| | CASE NUMBER: 08 MJ 8088 |
| | 08cr675 BEN |

I, _Enrique Alejos-Rico_, the above named defendant, who is accused of Title _21_, U.S.C., Sec. _952, 960_ + _21 U.S.C. 841(a); 18 U.S.C. 2_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _3-6-2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/_
Defendant

_/s/_
Counsel for Defendant

Before _/s/_
JUDICIAL OFFICER

**FILED**

MAR 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _TTZ_ DEPUTY