UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0675BEN |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | **(Superseding)** |
| v. ) | |
| ) | Title 21, U.S.C., Secs. 952 and |
| ENRIQUE ALEJOS-RICO, ) | 960 - Importation of Marijuana; |
| Defendant. ) | |

The United States Attorney charges:

On or about January 9, 2008, within the Southern District of California, defendant ENRIQUE ALEJOS-RICO, did knowingly and intentionally import 50 kilograms or more, to wit: 65.58 kilograms (153.07 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960.

DATED: April 22, 2008

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
4/22/08